Hickey, as sole administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order reversed and new trial ordered, with costs to appellant to abide event, on the authority of Ruleff v. New York Cent. & H. R. R. Co., 190 N. Y. 556, 83 N. E. 1131, affirming 117 App. Div. 217, 102 N. Y. Supp. 1147.

---

HIGHLAND TRUST CO. OF NEW JERSEY v. SABA. (Supreme Court, Appellate Term. November 17, 1910.) Appeal from City Court of New York, Special Term. Supplementary proceedings by the Highland Trust Company of New Jersey, as judgment creditor, against Anthony Saba, judgment debtor. From an order punishing the judgment debtor for contempt, and from an order denying a motion to open his default, he appeals. Order punishing judgment debtor for contempt reversed and appeal from order denying motion to open default dismissed. Charles E. Kelley, for appellant. Frederick W. Block (Joseph Joffe, of counsel), for respondent.

PER CURIAM. The evidence disclosed by the examination of the judgment-debtor and in the subsequent proceedings resulting in the order appealed from utterly fails to show that the debtor was guilty of contempt. Order punishing the judgment debtor for contempt reversed, with $10 costs and disbursements and motion denied, with $10 costs. Appeal from order denying motion to open default dismissed without costs. All concur.

---

H. KOEHLER & CO. v. SCHWARTZ. (Supreme Court, Appellate Division First Department. November 25, 1910.) Action by H. Koehler & Company against Barned Schwartz. No opinion. Motion to dismiss appeal granted with $10 costs. Order filed.

---

HOAR v. UNION MUT LIFE INS. CO. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) Action by Mary V. Hoar, as administratrix etc., of Eliza D. Kerr, deceased against the Union Mutual Life Insurance Company.

PER CURIAM. Plaintiff's motion for a new trial is denied.

SMITH, P. J., dissenting. Defendant's motion for a new trial is denied.

KELLOGG and SEWELL, JJ., dissenting. No costs allowed to either party.

---

HOARD, Respondent, v. KELLY et al., Appellants. Supreme Court, Appellate Division, Fourth Department. October 12, 1910.) Action by Elizabeth Hoard against Charles N. Kelly and another. No opinion. Judgment affirmed, with costs.

---

HOCHBERG v. RICHMOND LIGHT & R. CO. (Supreme Court, Appellate Division, Second Department. November 23, 1910.) Action by Jacob Hochberg against the Richmond Light & Railroad Company, Joseph Gans, respondent. No opinion. Order affirmed, with $10 costs and disbursements to the respondent, with leave to

plaintiff to move at Special Term to have the amount of his attorney's lien ascertained and determined.

---

HOEY v. BORCHARD. (Supreme Court, Appellate Division, First Department. November 2, 1910.) In the matter of James J. Hoey against Paul Borchard. No opinion. Order affirmed. Order filed.

---

In re HOFFMAN'S WILL. (Supreme Court, Appellate Division, Second Department. October 20, 1910.) In the matter of the probate of the last will and testament of Charles F. Hoffman, deceased. No opinion. Motion to resettle order granted and order signed. See, also, 124 N. Y. Supp. 1089.

---

HOLLAND PATENT MILK & CREAM CO., Respondent, v. ROWLAND, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 21, 1910.) Action by the Holland Patent Milk & Cream Company against Grant C. Rowland.

PER CURIAM. Judgment and order affirmed, with costs. Held, that the defendant by his admissions and conduct upon the trial waived every defense except the affirmative one alleged in paragraph third of the answer, which was not established. We do not pass upon the contract set out in the complaint or the right of the plaintiff to recover except by reason of the waiver referred to.

---

HOLLYWOOD, Respondent, v. COLLING, Appellant. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Frances Hollywood against Henry Colling.

PER CURIAM. Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that, while the plaintiff was entitled to recover against the defendant for use and occupation of the premises, there was also sufficient evidence of the value of the cash register to make a prima facie case in support of the counterclaim.

---

HOLMES v. BELL et al. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Artemas H. Holmes against Helen V. Bell and others. No opinion. Motion granted. Question to be certified on settlement of order. Settle order on notice. See, also, 139 App. Div. 455, 124 N. Y. Supp. 301.

---

HOPE, Respondent, v. CHRYSTIE, Appellant. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Emma E. Hope against John A. Chrystie. No opinion. Order of the Municipal Court affirmed, with costs.

---

HOWARD, Respondent, v. FETTEROLF et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 18, 1910.) Action by Charles Howard against Henry A. Fetterolf and others. No opinion. Interlocutory judgment affirmed, with costs.